IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| LENELLE GRAY | : | CIVIL ACTION NO. 1:CV-09-2082 |
| --- | --- | --- |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Mannion) |
| v. | : | |
| B.A. BLEDSOE and GEORGINE FUJIMOTO | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a January 14, 2011 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mannion.

2) Defendants' motion to dismiss or, in the alternative, for summary judgment (Doc. No. 22), is **GRANTED**.

3) The Clerk of Court shall close the file.

    S/ Yvette Kane
    YVETTE KANE, Chief Judge
    United States District Court
    Middle District of Pennsylvania

Dated: February 7, 2011